No. 91–6525. CALLOWAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6526. BROWN *v.* DEPARTMENT OF COMMERCE. C. A. Fed. Cir. Certiorari denied.

No. 91–6530. SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6533. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6534. EMBREY *v.* UNITED STATES PAROLE COMMISSION ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–6539. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6548. PALACIOS-CEBALLOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6549. MAGPIONG *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6550. ROBINETTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6551. LEON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6552. MARSHALL *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 91–6553. AHMAS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6624. DAVIS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 90–1915. REED *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.